150 So. 925

**Carson LOWERY v. STATE.**

**8 Div. 835.**

Court of Appeals of Alabama.
Nov. 21, 1933.

PER CURIAM.
Appeal dismissed.

147 So. 924

**Mac McBRIDE v. STATE.**

**4 Div. 973.**

Court of Appeals of Alabama.
April 11, 1933.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, Presiding Judge.

The indictment charged appellant with the offense of grand larceny, to wit, that he feloniously took and carried away a cow of the value of $15, the personal property of W. F. Eich. The trial resulted in his conviction as charged, and the court sentenced the defendant to serve an indeterminate term of imprisonment in the penitentiary for not less than eighteen months nor more than twenty-four months. From the judgment of conviction, an appeal was taken to this court.

There is no error apparent on the record, and upon the record this appeal is rested. The judgment of conviction will stand affirmed.

Affirmed.

139 So. 920

**Delia McCAG v. STATE.**

**8 Div. 461.**

Court of Appeals of Alabama.
Feb. 2, 1932.

BRICKEN, P. J.
Appeal dismissed.

147 So. 925

**J. O. McCALL v. THOMPSON TRUCK & TRACTOR CO.**

**4 Div. 927.**

Court of Appeals of Alabama.
March 30, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

148 So. 921

**Allen McCALLEY v. STATE.**

**8 Div. 801.**

Court of Appeals of Alabama.
June 6, 1933.

RICE, Judge.
Affirmed.

141 So. 922

**Sam McCOLLOUGH v. STATE.**

**4 Div. 835.**

Court of Appeals of Alabama.
April 5, 1932.

Rehearing Denied May 10, 1932.

C. L. Rowe, of Elba, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Affirmed.